IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN JEROME FIELDS,          )
                               )
        Plaintiff,             )
                               )
v.                             )          CASE NO. CV418-030
                               )
MS. MEG HEAP,                  )
                               )
        Defendant.             )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 9.) After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this *12th* day of February 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DIST. CT COURT
SAVANNAH DIV.
2019 FEB 12 PM 3: 50
CLERK SO. DIST. OF GA.